**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTONIO CERVANTES, <br><br> Defendant. | Case No. 2:16-cv-3476-DSF-KS <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

For the reasons stated in the Court's Order Conditionally Granting Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC's Motion for Default Judgment, the Court **ORDERS**:

1. Defendant Antonio Cervantes , and any person acting in active concert or participation with Defendant who receives notice of this order, is permanently enjoined from:

    a. manufacturing, importing, offering to the public, providing, or otherwise trafficking in IKS Server Passcodes, any other code or password used in accessing an IKS server, and any other technology or part thereof that is used in circumventing DISH Network's security system or receiving DISH Network programming without authorization;

      b.    circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

      c.    testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

2. This permanent injunction takes effect immediately.

3. Judgment is entered in favor of DISH Network on Count I and Count II of the complaint alleging Defendant's violations of 17 U.S.C. § 1201(a)(2) and 47 U.S.C. § 605(e)(4), respectively. Counts III through V of the complaint have been dismissed with prejudice.

4. Statutory damages of $340,000 are awarded to DISH Network on Count II, in accordance with 47 U.S.C. § 605(e)(3)(C)(i)(II).

5. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**IT IS SO ORDERED**.

Dated: 10/26/16

Hon. Dale S. Fischer
United States District Judge